**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| OLANZA CORDELL SANDERS | CIVIL ACTION NO. 05-0998 |
| versus | JUDGE DONALD E. WALTER |
| RANDALL WILKINSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss [Doc. #20] filed on behalf of defendant, Michael Silba, be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 17 day of October, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE