

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| OLANZA CORDELL SANDERS | CIVIL ACTION NO. 05-0998 |
| VERSUS | JUDGE WALTER |
| RANDALL WILKINSON, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 33) is granted by dismissing Plaintiff's claims against Sgt. Michael Silba with prejudice until such time as the Heck conditions are satisfied. **IT IS FURTHER ORDERED** that all claims against Randall Wilkinson are dismissed without prejudice for failure to make timely service. This results in the dismissal of all claims against all defendants, so this final judgment is entered pursuant to Fed. R. Civ. P. 58.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 22 day of April, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE